

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00457-CV

**IN THE INTEREST OF H.H.L., JR., ET AL, CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA004200
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 21, 2016.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court